UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
KEVIN DAVIS,

      Petitioner,

   - against -     1:18-cv-08426-LGS-OTW

J. NOETH, Superintendent,

         **NOTICE OF APPEARANCE**

      Respondent.
-------------------------------------------------------------- x

  PLEASE TAKE NOTICE, that Paul B. Lyons, of counsel to Letitia James, the Attorney General of the State of New York, hereby appears in this action on behalf of respondent.

         Respectfully submitted,

         LETITIA JAMES
         Attorney General of the
         State of New York
         28 Liberty Street
         New York, New York 10005

    By:  /s/ Paul B. Lyons
      Paul B. Lyons (PL 5036)
      Assistant Attorney General
      Paul.Lyons@ag.ny.gov
      (212) 416-8229

Date completed: August 31, 2021

# DECLARATION OF SERVICE

PAUL B. LYONS, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows: that on August 31, 2021, he mailed the attached Notice of Appearance to petitioner via the United States Postal Service to the following address:

>Kevin Davis
>DIN No. 07-A-5542
>Eastern NY Correctional Facility
>P.O. Box 338
>Napanoch, NY 12458-0338

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 31, 2021.

/s/ Paul B. Lyons
PAUL B. LYONS
Assistant Attorney General
28 Liberty Street
New York, NY 10005
(212) 416-8229
Paul.Lyons@ag.ny.gov